# Colleran & O'Hara & Mills L.L.P.

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEPHANIE SUAREZ
STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
GARRETT J. DOWD
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
KAREN ALBERTELLI GILBERT

* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ OF COUNSEL

January 6, 2020

**SO ORDERED:**

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: JAN 07 2020

VIA ECF
Hon. George B. Daniels
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 07 2020]

Re:   **Trustees of the International Association Local Union No. 28 Benefit Funds and Plans et al v. Five Star Kitchen Installations, Inc.**
Case No. 18-cv-9905(GBD)

Dear Judge Daniels,

This office is counsel to the Plaintiff Trustees of the International Association Local Union No. 28 Benefit Funds and Plans et. al. ("Plaintiffs") in the above-referenced matter. Plaintiffs write to the court to request an adjournment of the initial pretrial conference currently scheduled for Wednesday, January 8, 2020.

Plaintiffs filed a motion for default judgment on December 18, 2019. See Dkt. #34. Defendant was served via mail in accordance with Local Rule 55.2(c) on December 18, 2019. See Dkt. #37.

Defendant Five Star Kitchen Installations, Inc. ("Defendant") has not opposed the motion for default judgment, nor has Defendant appeared in this action. In light of the pending motion for default judgment, Plaintiffs request that Wednesday's initial conference be adjourned sine die pending the disposition of the motion or Defendant's response.

This is the ninth time the initial pretrial conference has been scheduled. The conference was previously scheduled for October 2, 2019 and was adjourned at the request of counsel.

Plaintiffs thank Your Honor for the Court's attention to this matter.

Respectfully,

COLLERAN, O'HARA & MILLS L.L.P.

By: __/s/Thomas P. Keane__
THOMAS P. KEANE

TPK/gl
2805-0093B
cc:   Five Star Kitchen Installations, Inc.
517B Acorn Street
Deer Park, NY 11729
Attn: James Draghi
fskiinc@gmail.com