UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL UNION NO. 28 FUNDS AND PLANS et al.,

                          Plaintiffs,

    -against-

FIVE STAR KITCHEN INSTALLATIONS, INC.,

                          Defendant.

------------------------------------x

ORDER

18 Civ. 9905 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This action having been commenced on October 26, 2018 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant on October 31, 2018 through Sue Zouky, an authorized agent of Defendant, and proof of service having been filed on November 12, 2018, and an Amended Complaint having been filed on June 26, 2019, and a copy of the Summons and Amended Complaint having been served on Defendant on June 27, 2019 through Nancy Dougherty, an authorized agent of Defendant, and proof of service having been filed on June 28, 2019, and Defendant having failed to answer, appear, or otherwise move with respect to the Complaint or Amended Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment against Defendant.

This matter is referred to Magistrate Judge Debra C. Freeman for an inquest on damages.

Dated: New York, New York
January 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge