USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/21/2022 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28
FUNDS AND PLAN, et al,

                                          Plaintiffs,                    18-CV-09905 (GBD)(VF)

                    -against-                                            <u>ORDER</u>

FIVE STAR KITCHEN
INSTALLATIONS, INC.,

                                          Defendant.

--------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On January 17, 2020, the Honorable Debra Freeman, U.S.M.J., issued a scheduling order

for a damages inquest, directing Plaintiffs to serve on Defendant Proposed Findings of Fact and

Conclusions of law concerning damages. Plaintiffs have not filed an Affidavit of Service,

indicating that Defendant was served with the Proposed Findings. Plaintiffs are directed to file an

Affidavit of Service with the Court by Thursday, April 28, 2022.

**SO ORDERED.**

DATED:        New York, New York
              April 21, 2022