UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28
FUNDS AND PLAN, et al,

                                       **Plaintiffs,**                    **18-CV-09905 (GBD)(VF)**

              -against-                                                  **ORDER**

**FIVE STAR KITCHEN
INSTALLATIONS, INC.,**

                                       **Defendant.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On January 7, 2020, the Honorable George B. Daniels referred this case to the assigned Magistrate Judge for an Inquest After Default/Damages Hearing. Plaintiffs' submissions pertaining to the damages inquest do not contain any explanation as to how the interest amount sought in the Amended Complaint or Default Judgment was calculated. Plaintiffs are directed to provide the Court with a worksheet supplying their interest calculations by Friday, May 6, 2022, so that this Court can verify the interest calculation.

**SO ORDERED.**

DATED:      New York, New York
                 April 29, 2022

                                                                 VALERIE FIGUEREDO
                                                                United States Magistrate Judge