UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES of the SHEET METAL WORKERS'
LOCAL UNION No. 28 and PLANS, individually
named herein as SHEET METAL WORKERS'
LOCAL UNION No. 28 VACATION FUND,
SHEET METAL WORKERS' LOCAL UNION
No. 28 WELFARE FUND, SHEET METAL
WORKERS' LOCAL UNION No. 28
SUPPLEMENTAL UNEMPLOYMENT FUND,
SHEET METAL WORKERS' LOCAL UNION
No. 28 ANNUITY FUNDS, SHEET METAL
WORKERS' LOCAL UNION No. 28 PENSION
FUND, SHEET METAL WORKERS' LOCAL
UNION No. 28 JOINT LABOR MANAGEMENT
FUND, SHEET METAL WORKERS' LOCAL
UNION No. 28 EDUCATION FUND, SHEET
METAL WORKERS' LOCAL UNION No. 28
SCHOLARSHIP FUND, SHEET METAL
WORKERS' LOCAL UNION No. 28 ASSESSMENTS
FUND, SHEET METAL WORKERS' LOCAL
UNION No. 28 POLITICAL ACTION FUND,
SHEET METAL WORKERS' LOCAL UNION
No. 28 BUILDING FUND, and INTERNATIONAL
ASSOCIATION OF SHEET METAL, AIR, RAIL,
AND TRANSPORTATION WORKERS' LOCAL
UNION No. 28, AFL-CIO,

                Plaintiffs,                        18 **CIVIL** 9905 (GBD)

    -against-                                   **JUDGMENT**

FIVE STAR KITCHEN INSTALLATIONS, INC.,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 1, 2022, Magistrate Judge Figueredo conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise, in the Report's analysis. Accordingly, Magistrate Judge Figueredo's recommended judgment regarding damages, interest, attorneys' fees, and costs is ADOPTED in full for the

reasons stated in the Report. Final judgment is entered ordering Defendant to pay Plaintiffs: (1) $376,801.76 in compensatory damages; (2) $66,895.23 in prejudgment interest; (3) $75,360.35 in liquidated damages; (4) $10,050 in attorney's fees; (3) $768.41 in costs; accordingly, the case is closed.

**Dated**: New York, New York
November 1, 2022

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                  **BY:**            *K. Mango*
                                                **Deputy Clerk**